UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

USA

                                                                        25 Cr. 00257 (NSR)

    - against -

DOMENICK CICCONE,                              ORDER ACCEPTING
                                                                  PLEA ALLOCUTION

                       Defendant.

---------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

       The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated June 4, 2025, is approved and accepted.

                                                              SO ORDERED.

_____
Hon. Nelson S. Román,
United States District Judge

Dated: White Plains, NY
          July 11, 2025.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/11/2025___