THE LAW OFFICES OF
# ANTHONY DIPIETRO, P.C.

15 CHESTER AVENUE
WHITE PLAINS, NY 10601

**(914) 948 3242**
**(914) 948 5372 FAX**
DIPIETROLAW@YAHOO.COM

May 20, 2026

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    *United States v. Domenick Ciccone*, 25-cr-257 (KMK)

Dear Judge Karas:

On behalf of Defendant Domenick Ciccone, and with the consent of the Government, I respectfully request that the Court authorize the Office of Pretrial Services to release Mr. Ciccone's U.S. passport to his wife.

On March 31, 2026, Mr. Ciccone surrendered to FCI Otisville to commence service of the sentence imposed in this matter. Thereafter, on May 19, 2026, the Office of Pretrial Services advised undersigned counsel by email that a Court order is required before Mr. Ciccone's passport may be released to his wife.

Accordingly, it is respectfully requested that the Court issue an order authorizing the release of Mr. Ciccone's passport to his wife.

The Court's consideration of this request is greatly appreciated.

Pre-Trial Services is respectfully directed to provide Mr. Ciccone's passport to his wife. Counsel for Mr. Ciccone is to provide a copy of this memo endorsement to Pre-Trial Services.

Respectfully submitted,

*Anthony DiPietro*

Anthony DiPietro, Esq.

So Ordered.

5/21/26